**FILED
CLERK**

6/9/2022 11:04 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREGORY COLE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US LLC and STELLANTIS N.V.,<br><br>    Defendants. | CASE NO.: 2:21-cv-2473(JMA)(AKT)<br><br>SO ORDERED.<br>/s/ JMA, USDJ<br>6/9/2022 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, CREGORY COLE, hereby files this Notice dismissing without prejudice his Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: June 8, 2022

Respectfully submitted,

**KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT**
Jason H. Alperstein
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
alperstein@kolawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2022, the foregoing document was served on counsel of record for Defendant.

Respectfully Submitted,

*/s/ Jason H. Alperstein*

000040/01397464_1